Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
**Gary Richard Reid** ) Case No. **20-32023-tmb13**
 )
 ) CONFIRMATION HEARING DATE   **9/3/20**
 )
 ) **ORDER CONFIRMING PLAN**
Debtor(s) ) **AND RESOLVING MOTIONS**

     The debtor's plan having been provided to creditors and the Court having found that it complies with 11 U.S.C. §1325, now, therefore IT IS ORDERED:

1. Debtor's plan (Docket # **14** is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in ¶ 4 below.

2. Pursuant to 11 USC §522(f)(1), the following liens are avoided [listed alphabetically, and only one per line, including each creditor's name, service address, and lien type (e.g., judicial lien or non-purchase money security interest)]:

3. Per the filed *Application for Compensation* (LBF 1305) and, if applicable, the *Fees and Expenses Itemization Through* **08/21/2020** (LBF 1306), compensation to debtor's counsel of attorney fees of $ **4,500.00** and expenses of $**28.00**, of which $ **290.00** has been paid, leaving $ **4,238.00** to be paid as funds become available per plan ¶ 4(c).

4. The debtor moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

  In ¶3(a), strike "$200.00 x6; $1,250.00 thereafter" and replace with "$200.00 x6; $1300.00 x18; $1550.00 x24; $1800.00 **thereafter**"

  In ¶4(c), strike "4528.00" and replace with "4500.00"

  In ¶4(c), strike "0" and replace with "28.00"

**Add ¶16, "During the life of the plan, the debtor shall timely file all required tax returns or valid extensions and provide to the Trustee, not later than May 15th of each year, copies along with proof of payment. Should the debtor fail to provide said proof to the Trustee, the Trustee may file a Motion to Dismiss pursuant to §1307(c), which will be duly considered by the Court after notice and a hearing."**

5. The terms of this order are subject to any objection filed within 21 days by [listed alphabetically, and only one per line, including each creditor's name, service address]:

Additional Provisions. if any:
  **None.**

###

*I certify that on* ___August 24, 2020___ *I provided this Order to the trustee for submission to the court.*

*/s/ Gregory R. Roberson*
**Gregory R. Roberson 064847**
Debtor or Debtor's Attorney

Approved: /s/ J. Hantman for Wayne Godare
*Trustee*